| | |
|---|---|
| 1 | Kathleen Maylin (SBN 155371) |
|  | JACKSON LEWIS LLP |
| 2 | 199 Fremont Street, 10th Floor |
|  | San Francisco, California  94105 |
| 3 | Telephone:  (415) 394-9400 |
|  | Facsimile:  (415) 394-9401 |
| 4 | E-mail: maylink@jacksonlewis.com |
| 5 | Attorneys for Defendants |
|  | IPC SYSTEMS, INC. and IPC SYSTEMS |
| 6 | HOLDINGS CORP. (additionally and |
|  | erroneously sued as IPC INFORMATION |
| 7 | SYSTEMS LLC, IPC TRADING SYSTEMS, |
|  | and TRADER ACQUISITION CORP.) |
| 8 |  |
|  | David M. Poore (SBN 192541) |
| 9 | KAHN, BROWN & POORE LLP |
|  | 110 Kentucky Street |
| 10 | Petaluma, California  94952 |
|  | Telephone: (707) 763-7100 |
| 11 | Facsimile:  (707) 763-7180 |
|  | E-mail: dpoore@kahnbrownlaw.com |
| 12 |  |
|  | Attorneys for Plaintiff |
| 13 | RAJAK ALI |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | RAJAK ALI, | Case No. CV 09 1619 MEJ |
| 19 | Plaintiff, | **STIPULATION AND [PROPOSED]** |
|  |  | **ORDER RE: CONTINUANCE OF CASE** |
| 20 | v. | **MANAGEMENT CONFERENCE** |
| 21 | IPC SYSTEMS, INC., IPC INFORMATION |  |
|  | SYSTEMS LLC; IPC TRADING SYSTEMS; |  |
| 22 | TRADER ACQUISITION CORP.; and DOES 1 |  |
|  | through 50, inclusive, |  |
| 23 |  |  |
|  | Defendants. |  |
| 24 |  | Complaint Filed:  04/13/09 |
| 25 |  |  |
| 26 | /// |  |
| 27 | /// |  |
| 28 | /// |  |

1

| | |
|---|---|
| 1 | Plaintiff RAJAK ALI and Defendants IPC SYSTEMS, INC. and IPC SYSTEMS |
| 2 | HOLDINGS CORP. (additionally and erroneously sued as IPC INFORMATION SYSTEMS |
| 3 | LLC, IPC TRADING SYSTEMS, and TRADER ACQUISITION CORP.) (collectively |
| 4 | "Defendants") hereby stipulate, by and through their counsel, that the Court may enter an Order |
| 5 | continuing the Case Management Conference, currently scheduled for July 23, 2009, for sixty |
| 6 | (60) days from July 23, 2009.  The parties also stipulate that the date for the exchange of their |
| 7 | respective Initial Disclosures and filing a joint Case Management Statement also be continued |
| 8 | sixty (60) days, to both be due seven (7) days prior to the continued date for the Case |
| 9 | Management Conference. |
| 10 | Good cause exists for the continuance, as parties have agreed to mediate the matter.  The |
| 11 | mediation is set to take place on August 4, 009.  The parties thus anticipate the mediation and all |
| 12 | early settlement efforts will be completed within sixty (60) days. |

Respectfully submitted,

Dated: July 8, 2009                    JACKSON LEWIS LLP

By: _____/s/_____
Kathleen Maylin
Attorneys for Defendants
IPC SYSTEMS, INC., IPC
INFORMATION SYSTEMS LLC,
IPC TRADING SYSTEMS and
TRADER ACQUISITION CORP.

Dated: July 8, 2009                    KAHN, BROWN & POORE LLP

By: _____/s/_____
David M. Poore
Attorneys for Plaintiff
RAJAK ALI

///
///
///
///

2

1 **ORDER**

2   IT IS HEREBY ORDERED that pursuant to the foregoing Stipulation and good cause

3 appearing therefore, the Case Management Conference shall be continued for sixty (60) days

4 from July 23, 2009 to  October 8, 2009  . An updated joint Case Management

5 Statement shall be filed and Initial Disclosures shall be exchanged by  October 1, 2009  .

7 Dated:  July 9, 2009      _____
           HON. MARIA ELENA JAMES
8          United States Magistrate Judge

3

STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE
OF CASE MANAGEMENT CONFERENCE                                    CASE NO. CV 09 1619 ME