Kathleen Maylin (SBN 155371)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: maylink@jacksonlewis.com

Attorneys for Defendants
IPC SYSTEMS, INC. and IPC SYSTEMS
HOLDINGS CORP. (additionally and
erroneously sued as IPC INFORMATION
SYSTEMS LLC, IPC TRADING SYSTEMS,
and TRADER ACQUISITION CORP.)

David M. Poore (SBN 192541)
KAHN, BROWN & POORE LLP
110 Kentucky Street
Petaluma, California 94952
Telephone: (707) 763-7100
Facsimile: (707) 763-7180
E-mail: dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
RAJAK ALI

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAJAK ALI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>IPC SYSTEMS, INC., IPC INFORMATION SYSTEMS LLC; IPC TRADING SYSTEMS; TRADER ACQUISITION CORP.; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 3:09-cv-01619 JSW<br><br>**STIPULATION REGARDING DISMISSAL OF ACTION; AND [PROPOSED] ORDER**<br><br><br>Complaint Filed: 04/13/09 |

///

///

///

1

STIPULATION REGARDING DISMISSAL OF ACTION;
AND [PROPOSED] ORDER                                                              CASE NO. 3:09-CV-01619 JSW

1   COMES NOW Plaintiff RAJAK ALI and Defendants IPC SYSTEMS, INC. and IPC
2   SYSTEMS HOLDINGS CORP. (additionally and erroneously sued as IPC INFORMATION
3   SYSTEMS LLC, IPC TRADING SYSTEMS, and TRADER ACQUISITION CORP.)
4   (collectively "Defendants"), and enter into the following Stipulation Regarding Dismissal of
5   Action as follows:

6    1.    That the parties have fully and finally reached a resolution as to all issues and
7   subjects of controversy between them;

8    2.    That this action, designated as Case No. 3:09-cv-01619 JSW, be dismissed, with
9   prejudice, in its entirety; and

10    3.    That each party is to bear their own fees and costs.

12   IT IS SO STIPULATED.

Respectfully submitted,

Dated: September 28, 2009    JACKSON LEWIS LLP

By: _____/s/_____
Kathleen Maylin
Attorneys for Defendants
IPC SYSTEMS, INC., IPC
INFORMATION SYSTEMS LLC,
IPC TRADING SYSTEMS and
TRADER ACQUISITION CORP.

Dated: September 28, 2009    KAHN, BROWN & POORE LLP

By: _____
David M. Poore
Attorneys for Plaintiff
RAJAK ALI

27   ///
28   ///

2

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Having reviewed the Stipulation of the parties, and good cause appearing, the Court orders |
| 3 | as follows: |
| 4 | GOOD CAUSE APPEARING therefore, and pursuant to the Stipulation of the parties, |
| 5 | Case No. CV 09-1619 MEJ is dismissed with prejudice, in its entirety. |
| 6 | IT IS SO ORDERED. |

Dated: October 6, 2009

*Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT

---

3

STIPULATION REGARDING DISMISSAL OF ACTION;
AND [PROPOSED] ORDER                                  CASE NO. 3:09-CV-01619 JSW